# United States Court of Appeals
# for the Fifth Circuit

————————

No. 25-60298
Summary Calendar

————————

United States Court of Appeals
Fifth Circuit

**FILED**
December 12, 2025

Lyle W. Cayce
Clerk

UNITED STATES OF AMERICA,

*Plaintiff—Appellee,*

*versus*

FREDERICK DEMETRIUS DEBERRY,

*Defendant—Appellant.*

————————————————————

Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 1:90-CR-81-1

————————————————————

Before STEWART, WILLETT, and WILSON, *Circuit Judges.*

PER CURIAM:[*]

Frederick Demetrius Deberry, former federal prisoner # 09303-042, moves to proceed in forma pauperis (IFP) on appeal from his 1991 conviction and sentence for kidnapping and interstate transportation of a stolen vehicle. However, Deberry already filed a direct appeal in his criminal case, and we affirmed. *United States v. Deberry*, No. 91-7112 (5th Cir. June 18, 1992). A

———————————————

[*] This opinion is not designated for publication. *See* 5TH CIR. R. 47.5.

No. 25-60298

"criminal defendant is not entitled to two appeals," *United States v. Rodriguez*, 821 F.3d 632, 633 (5th Cir. 2016), and "this second appeal is not properly before this Court," *United States v. Arlt*, 567 F.2d 1295, 1297 (5th Cir. 1978). Accordingly, we DISMISS this appeal as frivolous. *See* 5TH CIR. R. 42.2; *Baugh v. Taylor*, 117 F.3d 197, 202 n.24 (5th Cir. 1997). Deberry's IFP motion is DENIED.